UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEVIN SALGADO et al.,<br>Defendants. | CASE NO. 3:26-cr-05030-DGE<br><br>ORDER DENYING MOTION FOR TEMPORARY RELEASE (DKT. NO. 290) |

Defendant Kalil Bland asks the Court for temporary release to attend a State court civil trial scheduled for August 24, 2026. (Dkt. No. 290.) The trial involves an unlawful detainer action initiated sometime in 2025 against Defendant. (*See* Dkt. No. 290-1 at 2.) An amended case scheduling order setting the trial was entered on June 12, 2026. (*Id*. at 9.)

Washington Revised Code § 59.18.412(1) authorizes a party to an unlawful detainer action to appear at proceedings remotely. "The court shall grant any request for a remote appearance unless the court finds good cause to require in-person attendance or attendance through a specific means." Wash. Rev. Code § 58.18.412(1). "Any party must be permitted to

make an emergency application by phone or videoconference and file such documents by email, fax, or other means that can be performed remotely." Wash. Rev. Code § 58.18.412(1).

Defendant's civil attorney has been aware of the August 24, 2026 civil trial date since as early as June 12, 2026, and presumably such counsel was aware Defendant has been in federal custody since April 2026 (and State custody prior to April). Defendant's motion provides no information from his civil attorney regarding a request to appear remotely pursuant to § 58.18.412 and whether such request has been rejected by the State court (and why).

After conducting a detention hearing, Defendant was ordered detained. Notwithstanding, the Court may permit temporary release of a person if it finds "release [is] necessary for preparation of the person's defense or for another compelling reason." 18 U.S.C. § 3142(i). Based on the circumstances presented, the Court is unable to grant release under 18 U.S.C. § 3142(i).

Accordingly, the motion for temporary release (Dkt. No. 290) is DENIED.

Dated this 14th day of August, 2026.

David G. Estudillo
United States District Judge